FILED

2016 DEC 29 PM 3: 28

U.S.
MIDDLE
ORLAN...

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

CASE NO.:

6:16-CV-2240-Orl-28GJK

DAVID MADISON CAWTHORN,

Plaintiff,

vs.

AUTO-OWNERS INSURANCE COMPANY,

Defendant.

_____/

## COMPLAINT FOR COMMON LAW BAD FAITH AND DEMAND FOR JURY TRIAL

David Madison Cawthorn ("Mr. Cawthorn"), by and through undersigned counsel, sues Auto-Owners Insurance Company ("Auto-Owners") and states as follows:

### Nature of the Action, Jurisdiction, and Venue

1. This is a common law bad faith action seeking damages for Auto Owners' bad faith handling of the catastrophic bodily injury claims of Mr. Cawthorn against Auto-Owners' insured, Bradley David Ledford ("Mr. Ledford"), including Auto-Owners' bad faith failure to settle the claims against Mr. Ledford when, under all of the circumstances, it could and should have done so, had it acted fairly and honestly towards Mr. Ledford and with due regard for his interests.

2. This Court has jurisdiction over this action because the amount in controversy is more than $15,000.00, exclusive of costs, interest, and attorneys' fees.

3. Venue is proper in this judicial district because the automobile accident caused by Mr. Ledford, in which Mr. Cawthorn suffered catastrophic bodily injuries, occurred in Volusia County, Florida; and Mr. Cawthorn's suit against Mr. Ledford, which was defended by

CASE NO.:

Auto-Owners, was brought, litigated, and defended in Volusia County, Florida. *See David Madison Cawthorn v. Bradley D. Ledford and Bob Ledford's RV & Marine*, Case No. 2014 11310 CIDL (the "Volusia County Lawsuit").

### The Parties

4. Auto-Owners is a Michigan corporation with, on information and belief, its principal place of business in Lansing, Michigan. Auto-Owners is licensed to conduct insurance business in Florida, and currently markets and sells contracts of insurance, including automobile insurance, throughout Florida, including in this District.

5. Mr. Ledford is a North Carolina citizen, a resident of Arden, Buncombe County, North Carolina, and was a guest at his father's second home in Polk County, Florida, on or about the date that the underlying automobile accident occurred.

6. Mr. Cawthorn is a North Carolina citizen, a resident of Flat Rock, Henderson County, North Carolina, and was a guest at Mr. Ledford's father's second home in Polk County, Florida, on or about the date that the underlying automobile accident occurred.

### Factual Allegations

7. On April 3, 2014, while Mr. Ledford was driving a 2007 BMW X3 with Mr. Cawthorn as a passenger, Mr. Ledford fell asleep at the wheel and crashed into a road barricade located along highway I-4 in Volusia County, Florida.

8. Mr. Cawthorn was catastrophically injured as a result of the crash, suffering third-degree burns, internal injuries, multiple broken bones and two crushed vertebrae. He was airlifted to Halifax hospital in Volusia County where he received emergency life-saving

Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

CASE NO.:

treatment. Today, Mr. Cawthorn is alive, but can no longer use his legs and is permanently disabled as a paraplegic.

9. At the time of the accident, Mr. Ledford was an insured person under Auto-Owners Policy No. 48-901-965-00, which provided him with $1,000,000 of primary automobile liability coverage, and Policy No. 48-901-965-01 (collectively, "the Policies") which provided an additional $2,000,000 in excess coverage. The named insured under both policies was "Bob Ledford's RV & Marine, Inc." (hereinafter, "Bob Ledford RV") who was the owner of the vehicle involved in the crash.

10. As the driver of the vehicle, Mr. Ledford was liable to Mr. Cawthorn for the injuries he suffered; and as the owner of the vehicle, Bob Ledford RV was vicariously liable for those injuries.

11. On information and belief, Auto-Owners learned of the accident within hours of its occurrence and assigned Pamela McLean to adjust the claim during April 2014. Ms. McLean is an employee and agent of Auto-Owners, and works out of an Auto-Owners office located in Ocala, Florida.

12. As part of its investigation, Auto-Owners contacted Halifax hospital in Volusia County (during April 2014), Shepherd's Spinal Cord and Brain Injury Rehabilitation Center in Atlanta (during May 2014), Mr. Cawthorn's parents, Roger and Priscilla Cawthorn (between April 3 and mid-June 2014), and David Ledford and Joni Canterbury (also between April 3 and mid-June 2014). Auto-Owners also reviewed updates on Mr. Cawthorn's condition via notifications posted on a social media webpage during this time period.

Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

CASE NO.:

13. That investigation conducted by Auto-Owners was sufficient for Auto-Owners to conclude that Mr. Ledford was liable for Mr. Cawthorn's catastrophic injuries, and that Mr. Cawthorn's catastrophic injuries were likely to far exceed the Policies' combined $3,000,000 bodily injury liability limits, a conclusion that Auto-Owners confirmed in a statement to the insurance agent for Bob Ledford RV no later than July 14, 2014.

14. Despite reaching this conclusion, Auto-Owners failed to offer the Policies' combined policy limits to Mr. Cawthorn to settle his claims against its insureds.

15. Had Auto-Owners timely offered Mr. Cawthorn the Policies' combined policy limits to settle his claims against Auto-Owners' insureds, Mr. Ledford and Bob Ledford R.V., Mr. Cawthorn would have accepted that offer and released his claims against them.

16. Instead, on June 26, 2014, Mr. Cawthorn filed the Volusia County Lawsuit against Mr. Ledford and Bob Ledford R.V. for negligence and vicarious liability to recover damages for the catastrophic injuries he suffered related to the accident that occurred on April 3, 2014.

17. On August 8, 2014, more than four months after the underlying accident and long after Auto-Owners had determined that its insureds were liable to Mr. Cawthorn for damages for his catastrophic injuries that were certain to far exceed the available insurance coverage, Auto-Owners extended, for the first time, a settlement offer to Mr. Cawthorn for the Policies' $3,000,000 bodily injury liability limits.

18. Mr. Cawthorn rejected that offer.

**Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

19. Pursuant to its obligations under the Policies, Auto-Owners retained a Florida-licensed lawyer to defend Mr. Ledford in the Volusia County Lawsuit. (It also retained a separate Florida lawyer for Bob Ledford R.V.)

20. Mr. Ledford's insurer-appointed lawyer defended him in the Volusia County Lawsuit over the next two years. The case led to numerous depositions, settlement conferences, and court hearings in Florida and specifically in Volusia County, in which Auto-Owners' adjustors and other representatives were involved.

21. In correspondence dated September 3, 2016, Auto-Owners agreed to tender the Policies' $3,000,000 bodily injury liability limits to Mr. Cawthorn to settle only his claims against Bob Ledford R.V. Auto-Owners acknowledged that this settlement would exhaust the Policies' aggregate limits, including all limits otherwise available to settle the claims against its other insured, Mr. Ledford. As such, Auto-Owners concluded by stating, "As for a future consent judgment against [Mr. Ledford], that will be solely up to him [and his lawyers]."

22. A settlement agreement between Mr. Cawthorn and Bob Ledford R.V. for the Policies' $3,000,000 liability insurance limits was executed on November 16, 2016.

23. On December 20, 2016, the trial court in the Volusia County Lawsuit entered a final judgment against Mr. Ledford in favor of Mr. Cawthorn in the amount of $30,000,000 (attached herein as Exhibit A) thereby resolving Mr. Cawthorn's claims against Mr. Ledford for an amount far exceeding the Policies' combined bodily injury liability limits.

24. In order to protect his rights and pursue his remedies, Mr. Cawthorn was required to engage undersigned counsel to represent him in this action and has agreed to pay the undersigned a reasonable fee for the professional services rendered.

5

**Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

CASE NO.:

25. All conditions precedent to bringing this action have been performed, waived, or have otherwise occurred.

## Count I – Common Law Bad Faith

26. Mr. Cawthorn re-alleges paragraphs 1 through 25 as fully set forth herein.

27. At all times herein, Mr. Ledford was an insured of Auto-Owners.

28. Auto-Owners had a contractual and fiduciary obligation to defend Mr. Ledford in Florida, as its insured, and such performance of its contractual duties is governed by Florida law.

29. Auto-Owners owed Mr. Ledford, as its insured, a duty to use the same degree of care and diligence in the investigation, evaluation, and defense of the claims against him as a person of ordinary care and prudence should exercise in the management of his or her business.

30. Auto-Owners owed Mr. Ledford, as its insured, a fiduciary duty make decisions on his behalf, including decisions regarding settlement, in good faith and with due regard for his interest.

31. Auto-Owners owed Mr. Ledford, as its insured, a duty to investigate the facts diligently, to give fair consideration to any settlement not unreasonable under the facts, and to settle, if possible, where a reasonably prudent person, faced with the prospect of paying the total recovery, would do so.

32. Auto-Owners was obligated to act fairly and honestly towards Mr. Ledford, as its insured, and it owed him a duty to advise him of all settlement opportunities, of the probable outcome of Mr. Cawthorn's litigation against him, to warn Mr. Ledford of the possibility and

6

Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

CASE NO.:

likelihood a judgment in excess his insurance limits, and to advise Mr. Ledford of any and all steps he could take to avoid an excess judgment.

33. Insofar as Mr. Ledford's liability was clear, and Mr. Cawthorn's injuries were so serious and catastrophic that a judgment far in excess of Mr. Ledford's insurance coverage was likely, Auto-Owners owed Mr. Ledford, as its insured, an affirmative duty to initiate settlement negotiations and to offer its policy limits to settle the claims against him.

34. Auto-Owners knew or should have known that the facts of the accident were such that it was probable Mr. Ledford and Bob Ledford R.V. would be found liable for the catastrophic injuries Mr. Cawthorn suffered as a result of the automobile accident that occurred on April 3, 2014, and that Mr. Ledford's liability to Mr. Cawthorn would far exceed all available insurance coverage.

35. Based on this knowledge, Auto-Owners had a duty to offer its aggregate policy limits to Mr. Cawthorn in exchange for a release of his claims against Auto-Owners' insureds.

36. Nevertheless, Auto-Owners failed to make an aggregate policy limits settlement offer to Mr. Cawthorn during the period of time in which Mr. Cawthorn would have accepted this offer and released his claims.

37. Had such a timely offer of the policy limits been made, Mr. Cawthorn would have released his claims against both of Auto-Owners' insureds, Mr. Ledford and Bob Ledford R.V., for Auto-Owners' aggregate policy limits.

38. Auto-Owners' unreasonable and bad faith failure to perform its duties was the proximate cause of the $30,000,000 excess judgment entered against Mr. Ledford in favor of Mr. Cawthorn.

**Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

CASE NO.:

39. As a direct and proximate cause of Auto-Owners' bad faith, Mr. Ledford and Mr. Cawthorn have suffered damages.

WHEREFORE, Mr. Cawthorn demands that judgment be enterred against Auto-Owners Insurance Company for damages, including the judgment entered against Mr. Ledford in the Volusia County lawsuit, pre- and post-judgment interest thereon; attorneys' fees and costs incurred in this action pursuant to Fla. Stat. § 627.428 or any other applicable statute, and any further relief this Court deems equitable, just, and proper.

### Trial by Jury

Plaintiff, Mr. Cawthorn, hereby requests a trial by jury on all issues so triable.

Dated this 28th day of December, 2016.

Respectfully submitted,

/s/ *(signature)*

WILLIAM A. BONNER (**Trial Counsel**)
Florida Bar No. 27508
abonner@colson.com
ROBERTO MARTINEZ (**Trial Counsel**)
Florida Bar. No. 305596
bob@colson.com
COLSON HICKS EIDSON
Attorneys for the Plaintiff
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
E-mail: eservice@colson.com;
claudia@colson.com;

### CERTIFICATE OF SERVICE

8

Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

CASE NO.:

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, this 28th day of December, 2016, and a true and correct copy of the foregoing was also served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *William A. Bonner*
WILLIAM A. BONNER
Florida Bar No. 27508

Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444