# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DAVID MADISON CAWTHORN, )
)
    Plaintiff, )
)
vs. ) CASE NO. 6:16-cv-02240-JA-GJK
)
AUTO-OWNERS INSURANCE )
COMPANY, )
)
    Defendant. )
_____ )

**DEFENDANT, AUTO-OWNERS INSURANCE COMPANY, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Interested Persons Order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Auto-Owners Insurance Company (including affiliates Southern Owners Insurance Company, Owners Insurance Company, Atlantic Casualty Insurance Company)

    Burr & Forman LLP (defense counsel) including attorneys S. Greg Burge, Forrest Latta and Peter Vilmos.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None other than those listed above.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None to our knowledge.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None to our knowledge.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 8th day of February, 2017.

Respectfully submitted,

*/s/ Peter C. Vilmos*
**S. Greg Burge, Esquire (Trial Counsel)**
Florida Bar # 0743770
E-Mail: gburge@burr.com
Secondary: mkillian@burr.com
**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL 35203-5210
Telephone:   (205) 251-3000
Facsimile:   (205) 458-5100

- and -

**Peter C. Vilmos, Esquire**
Florida Bar No.: 75061
Email: pvilmos@burr.com
Secondary: nwmosley@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone:   (407) 540-6600
Facsimile:   (407) 540-6601

**Attorneys for Defendant**
**Auto-Owners Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, I electronically filed the foregoing with the Clerk of the Court in the U.S. District Court, Middle District of Florida, Orlando Division, by using the CM/ECF system, which will send a notice of electronic filing to William A. Bonner,

29063674 v1

2

Esquire and Roberto Martinez, Esquire, COLSON HICKS EIDSON, (Attorneys for Plaintiff), 255 Alhambra Circle, Penthouse, Coral Gables, FL 33134 (*abonner@colson.com; bob@colson.com; eservice@colson.com; claudia@colson.com*).

                                                  */s/ Peter C. Vilmos*
                                                  Peter C. Vilmos, Esquire