# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| DAVID MADISON CAWTHORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 6:16-cv-02240-JA-GJK |
| | ) |
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO SERVE SUBPOENAS ON NON-PARTIES FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 45(a)(4), Defendant, AUTO-OWNERS INSURANCE COMPANY ("Auto-Owners"), hereby provides notice of its intent to serve the attached subpoenas directed to:

1. John Holcomb, Esquire

2. Michael T. Callahan, Esquire

3. Joseph J. Kalbac, Jr., Esquire

Respectfully submitted this **16th day of March, 2017**.

*/s/ Peter C. Vilmos*
**Peter C. Vilmos**     (Florida Bar # 75061)
Email: pvilmos@burr.com
Secondary: nwmosley@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Tel:    407-540-6600
Fax:   407-540-6601
Forrest S. Latta     (admitted *pro hac vice*)
Email: forrest.latta@burr.com
Secondary: pgrove@burr.com
BURR & FORMAN LLP

29352124 v1

        11 North Water Street, Suite 22200
        Mobile, AL 36602
        Tel:    251-344-5151
        Fax:   251-344-9696
        S. Greg Burge (Florida Bar # 0743770)
        Email: gburge@burr.com
        Secondary: mkillian@burr.com
        BURR & FORMAN LLP
        420 North 20th Street, Suite 3400
        Birmingham, AL 35203
        Tel:    205-251-3000
        Fax:   205-458-5100

        Attorneys for Defendant
        Auto-Owners Insurance Company

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document by email on this the **March 16, 2017** to the following parties:  William A. Bonner, Esquire and Roberto Martinez, Esquire, COLSON HICKS EIDSON,  (Attorneys for Plaintiff), 255 Alhambra Circle, Penthouse, Coral Gables, FL 33134 (*abonner@colson.com; bob@colson.com; eservice@colson.com; claudia@colson.com*).

        */s/ Peter C. Vilmos*
        Peter C. Vilmos, Esquire