Verizon LTE    2:18 PM    75% 

  

Brad

iMessage
Jul 16, 2015, 10:11 PM

Dude I worked out and did conditioning with some of the players and preferred walk ons it was so awesome. I wish you were here man.

I miss you man 😈 like allot

> Haha, oh my gosh, I would have soooooo much fun playing in that conference. are you up there?

Yeah dude it's amazing! You'd kick ass up here!!

> Yea man, that would have been too fun to play there with you. No doubt you would of been able to go to one of the really big conferences had you started earlier. We would dominate.

Heck yes man heck yes. Let's hangout when I get bacon!

Back* 😂😂

 



CAWTHORN-AO
01081



•••• Verizon  LTE          2:18 PM          75% ▪▪▪

Brad

Back* 😂😂

Well and bacon!! Haha

Jul 20, 2015, 7:01 PM

Yo dude you busy tonight's

Yeah 😊 if you would've texted me
3 minutes earlier you would've
saved me from torture 😩

Hahaha! Dude what's her name?

No no 8 immature guys

What are you doing Thursday?

Jul 21, 2015, 2:49 PM

Thanks for calling me out on insta.
now answer my question about
Thursday dang it.

Haha sorry man! He would of been
very offended. And j think I am free
later in the day! What's up?

We should do something!! And
This is from a marine corps forum

          

 

  

**Brad**

We should do something!! And
This is from a marine corps forum.

There have been cases where US
Military Academy(Army) graduating
seniors chose the Marine Corps to
fulfill their military obligations but
MAJMike is very much correct
when he states that the US Naval
Academy graduates Naval and
Marine Corps Officers.

I did the wrong hashtag sorry haha
but it is possible!'

> Who the hell is Major Mike? And
> dude I just found the sketchiest
> spot ever, but it would be a dope
> place to camp. It's like 5 minutes off
> the interstate towards my house.

> Dude we are totally gonna come out
> and camp here before you leave.
> Great spot for some jeep action.

I'm hella down!! And I have no
idea🙄 It's just a user name from a
forum i read. I read like 20 others
and they all said if a letters written

 

CAWTHORN-AO
01083

 Verizon LTE  2:18 PM  75% ■ ·

  

**Brad**

and they all said if a letters written to the Secretary of the Army requesting permission to transfer and it all still counts as your service time. But you're totally write I used the completely wrong chant 😄 thanks for the heads up

Just text me next time I do that it's way easier haha

Il erase all the comments 😬

Don't worry I enjoyed the butt raping 😄

Jul 22, 2015, 11:25 AM

So this camping spot.. When are we executing?

Jul 22, 2015, 12:08 PM

I was hoping today or this weekend but i woke up pretty sick today...

Ahh man how are you doing now?

Jul 22, 2015, 1:27 PM

 



●●●● Verizon  LTE          2:18 PM          75% ■ ·

Brad

Ahh man how are you doing now?

Jul 22, 2015, 3:21 PM

> Im doing alright man! They still have me added on that Liberty page on Facebook even thought I declined my acceptance, but I did see they had a couple super hot girls (solid 4 or 5's) joining thee debate team. Sounds like your cup of tea 😊

Oh really? 😊 😊

Jul 24, 2015, 12:12 PM

> Bro! Need a favor. Can I use your farm for a camp fire Monday night?

Possibly! Is it you and a lady friend?

> Yes indeed.

Why of course you can use it! When you have a chance call me so I can tell you something's about it tho

> Heck yea man. What are you up toV

           

CAWTHORN-AO
01085



●●●● Verizon LTE          2:18 PM          75% ■ ·

Brad

Heck yea man. What are you up toV

Headed to the gym! And i can set up a fire for you cause I have plenty of wood, so all you'll have to do when you get there is throw a match on it

Bro, that's too nice.

Don't mention it! I'll call you about other details later!

Jul 25, 2015, ~ :~ ~~

Hey bro! What's jackson's number?

I miss you :(

Jul 26, 2015, ~ :~ ~~

Hey Maddy! Just saw this its (828) 551-6857

Jul 26, 2015, ~2 ~~:~~

Thanks man!

Jul 27, 2015, ~~~ ~~~

 

CAWTHORN-AO
01086



Brad

Hey everything's set just bring matches

> Thanks man! I had to reschedule to tomorrow night... I'm having some pretty intense medical issues right now... Hopefully I'll be good by tomorrow. Thanks for all your help.

Oh okay well I just stash the wood and stuff where it won't get wet.. Sorry to hear about that man, praying for you!

> Thanks buddy... Did you happen to drop a pin there?

I'll do it right away!



Dropped Pin





CAWTHORN-AO
01087

●●●● Verizon LTE          2:19 PM          75% ■



Brad

> I just need matches?

Yeah I didn't get to set it up like I wanted to but there's a bundle of logs wrapped in plastic and lighter fluid so u can just milk it till the logs catch

> Word buddy! Thanks so much man. I owe you one!

Jul 29, 2015, 12:45 AM

> Thanks brotha!!

Jul 29, 2015, 8:09 AM

Hope it went well!! Sorry I couldn't set the fire up the way I wanted to. I'm getting my wisdom teeth out so just a warning for later today haha

Jul 29, 2015, 3:07 PM

> How are you feeling buddy?

Have u seen fyinvk Amos story

Song story

                    

CAWTHORN-AO
01088

●●●● Verizon  LTE                2:19 PM                75% ▬ ·

‹ ❷                                                      ⓘ

Brad

Have u seen fyinvk Amos story

Song story

Sbapchat

Stati

Tits

> About to watch it big man

Goods

> Haha I love you

I live you to

Love



> Are you actually pretty messed up still or is there just a tiny bit of exaggeration?

Now I'm on 10mg of perc and that's it now but when I came out of the OR it was really bad  

›                                        

CAWTHORN-AO
01089



●●●● Verizon  LTE                    2:19 PM                    75% ■

< ❷                                    Brad                              (i)

Are you actually pretty messed up still or is there just a tiny bit of exaggeration?

Now I'm on 10mg of perc and that's it now but when I came out of the OR it was really bad 😓😓

Haha dude your video was hysterical. Perc is some special stuff!

Hahaha thanks and yeah I feel amazing

How was last night!???

So so fun man! She was a really special girl.

Really!? Well tell me about her??

Well it was not the Madison girl it was a really old friend named Katrina who has been in Lithuania for the recent past. She has one of the most unique personalities that I have ever encountered. Seconded

                                        

CAWTHORN-AO
01090



●●●●˙ Verizon  LTE        2:19 PM        75% ■ ˙

**Brad**

Haha dude your video was hysterical. Perc is some special stuff!

Hahaha thanks and yeah I feel amazing

How was last night!???

So so fun man! She was a really special girl.

Really!? Well tell me about her??

Well it was not the Madison girl it was a really old friend named Katrina who has been in Lithuania for the recent past. She has one of the most unique personalities that I have ever encountered. Seconded only by Kathryn Black

Dang!!! That's awesome!!

Jul 30, 2015, 5:55 PM

What address did you use to mail Isaac stuff?





**CAWTHORN-AO
01091**



●●●● Verizon  LTE                2:28 PM                         74% ■

Brad

Jul 30, 2015,

## What address did you use to mail Isaac stuff?

Aug 1, 2015,

> Bro! Hey! Just saw this, this pace is amazing.  And I'll find that address for you man! I think Nicole is at my house so she can check my files. I come home the 6th I think.

Aug 1, 2015,

## No worries I got it from the Dews! Thank you though and ahh I bet!! I haven't left house in 4 days so I'm super jealous!!

Aug 1, 2015,

## Happy birthday buddy!! Well do something awesome when you get back!



> Thanks homie.

> Disregard

Got it!

                                    

CAWTHORN-AO
01092



Brad

Thanks homie.

Disregard

Got it!

Aug 7, 2015, 10:00 AM

Yo are you busy today?

Aug 7, 2015, 1:04 PM

Nigga I might be! What's up?

Aug 7, 2015, 2:33 PM

Wanted to talk about last nights debate with a future political badass 

Aug 7, 2015, 9:01 PM

Or not😔

But seriously I wanna see you a couple times before I leave

Aug 8, 2015, 9:04 AM

Yeaaaaaa buddy! I'm all about it.
When do you head out?

  

CAWTHORN-AO
01093



**Brad**

Yeaaaaaa buddy! I'm all about it. When do you head out?

Aug 9, 2015, 11:37 AM

I leave the 18th!

Later this week in free!

Aug 11, 2015, 11:56 AM

When are you free?

Aug 11, 2015, 1:18 PM

Hey bro! Sorry work has been crazy, and I can bend my work schedule pretty easily. What about you?

No worries I understand!! Just tell me when you can and I'll work around that! I'm busy Friday though.

Aug 12, 2015, 9:49 AM



Aug 12, 2015, 12:20 PM

"__" is not a day of the week

 

CAWTHORN-AO
01094



●●●● Verizon  LTE          2:29 PM          73% ▬ ·

〈 ❷                          Brad                    ⓘ

> Hey bro! Sorry work has been crazy, and I can bend my work schedule pretty easily. What about you?

No worries I understand!! Just tell me when you can and I'll work around that! I'm busy Friday though.

Aug 12, 2015, 9:00 AM



Aug 13, 2015, 12:26 PM

" 🎲 " is not a day of the week

Aug 12, 2015, 6:12 PM

> What are you doing tomorrow?

That's like my one free day this week 😍

Aug 13, 2015, 3:49 PM

> Yo

Yoyoyo what are you doing at like 8 tonight?

 〉                           🎤



Brad

Aug 12, 2015, 9:15 PM

What are you doing tomorrow?

That's like my one free day this week 😍

Aug 13, 2015, 2:06 PM

Yo

Yoyoyo what are you doing at like 8 tonight?

Aug 13, 2015, 5:25 PM

I'm not sure buddy! Mom said she had a surprise but I'm not sure how long that all take.

Aug 14, 2015, 9:57 PM

I used to care about you more than anyone on earth, I still care about you more than anyone. It absolutely kills that we can't hangout without the tension of this law suit or atleast the way we used to. I miss everything man. Do you still think that I lied about the accident. Please talk to me about it if you do.

 

 Verizon LTE          2:30 PM          73% ■



**Brad**

I miss everything too man, I miss my life, I miss having more friends and things to do than I could count, I miss having unlimited possibilities, I miss my 18 Division 1 scholarships, I miss my acceptance letters to over 40 schools, I miss my full ride scholarship to any state school in the country, I miss being able to defend myself, I miss the future of getting to go explore the world and to enjoy the thrill of life with my wife and family, I miss being able to dress myself, I miss being able to use the bathroom without someone helping me, I miss the knowing that I can be fruitful and multiply and enjoy life with my own children, I miss the fact that I had received the 3 highest honors any high school student in the our nation can receive, I miss the fact that I could just enjoy life with my brother and not have to rob years of his life from him so he can be here to take care of me, I miss waking up without pain, I miss being able to think complete though without them being interrupted by my need to yell out in agony, I miss not peeing the

                    

CAWTHORN-AO
01097

 Verizon LTE    2:31 PM    73% ▬



Brad



complete though without them being interrupted by my need to yell out in agony, I miss not peeing the bed because I have no control over my own penis, I miss the idea of fraternity with my brothers in Christ where we physical sharper one another like iron, I miss being able to compete, I miss being checked out by girls all the time, I miss taking a stroll over grass, I miss being to help my mom carry groceries in and spoiling her, I miss not having to have pills keep me alive, I miss having my pride as a man, I miss my old innocence and love for life, I miss not having to convince myself everyday not to pull the trigger and end it all. So no it's some petty lawsuit that makes it difficult for me to see you, it's the fact that I see you, and see how your legs instinctively flex without you even thinking about it to keep you from ending up in a hospital on your stomach for 2 months with a pressure sore and tubes coming out of your butt, it's the fact that my happiness has been robbed from me and my love for life is gone, the freedom my family enjoyed, the



CAWTHORN-AO
01098

 Verizon LTE          2:32 PM          73% ▮



**Brad**

me and my love for life is gone, the freedom my family enjoyed, the pride my father swelled with when he spoke my name is gone and it is all because you screwed up and because you COULD NOT HOLD YOUR EYES OPEN LONG ENOUGH TO PULL OVER AND WAKE ME UP.

It would have taken less than 2 seconds to shake me and have me awake, to take the wheel because your body, mind, and will power were all too week to succeed at something an average sixteen year old could accomplish which is as simple as not wrecking. Then on April 3rd we would have arrived back in Asheville, and my family would not be so weighed down by me, just dead weight. You ruined my entire life. So it's hard for me to be around you and not have hate breed in my heart. It is because I love you that I try and stay away from you. I know it was an accident and while I know it was all your fault I still forgive you, but man, if the shoe were on the other foot and I had literally wrecked everything for you,

 Verizon LTE          2:33 PM          73%



**Brad**

forgive you, but man, if the shoe were on the other foot and I had literally wrecked everything for you, I would have dropped it all, moved into your house to take care of you for a full year at the very least, however long it took I would of been there. I would have made sure your friends stayed your friends and did not just slowly forget about you. Now as you go to college, just know that whatever you did was not enough man, I tried to convince myself you were just busy with school and sports and friends, but I know you just have no idea what it means to really be someone's brother.

Your mistake broke me Brad, and I am no longer healing. You shattered me completely, my life is in tattered ruins, all because you made a simple mistake... It's impossible for me to be around you Brad, seeing you just makes me remember who Madison Cawthorn was, and I really miss being him.

Look as much as I want to wish I

                      

 

●●●● Verizon  LTE          2:33 PM          73% ▮ ·

Brad

Look as much as I want to wish I
could I will never be able to
comprehend what you've been
through. Even though I tried my
best to be with you every waking
moment i couldn't because my mom
was still very in control of my life.
For example if it wasn't for her
wanting me to come back home I
would've stayed in Halifax until you
left, I would've stayed at shepards
until you left. And when you moved
in close to me I loved it and I
thought I saw you all the time and
loved every moment of it. I would
have lived in that house if you
wanted me to. I would have lived in
flat rock with your family if you
wouldn't have pushed me away but
like as soon as you started moving
into your new house I just felt
pushed away from your family. I
haven't talked to either of your
parents in what feels like years. I
didn't walk away from frequently
hanging out with you I was pushed
away man. I ditched everyone for
you every single time. The only time
I wasn't with you was when I
absolutely couldn't be or if you were

 

CAWTHORN-AO
01101





Brad

you every single time. The only time
I wasn't with you was when I
absolutely couldn't be or if you were
with other friends. I answered all of
your calls no matter what time or
what I was doing. And i haven't let
your friends leave you, I'm still here
trying to spend time with you.
Trying to be your brother and you're
not letting me. I understand why. I
do, I get that it's hard to see me but
don't you dare say I gave up on you
or left you anywhere or stopped
swing you or didn't be your brother
cause I did everything possible. You
don't know the whole story. You
don't know the months of extra
work I had to make up for school.
The nights I've spent crying and
praying and crying and praying and
crying and praying until I see the
sun come up. Just like I can't
comprehend your pain you'll never
comprehend mine. I wanna be there
for you more than anything I always
have but you won't let me and it
kills.

How can you condemn me about
not being there for me if you're the




CAWTHORN-AO
01102

MARK MEADOWS
11TH DISTRICT, NORTH CAROLINA

COMMITTEE ON OVERSIGHT AND
GOVERNMENT REFORM

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE

COMMITTEE ON FOREIGN AFFAIRS

# Congress of the United States
## House of Representatives
### Washington, DC 20515–3311

1516 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6401

200 NORTH GROVE STREET
HENDERSONVILLE, NC 28792
(828) 693-5660

www.house.gov/meadows

December 3, 2013

David Madison Cawthorn
59 Covered Bridge Drive
Flat Rock NC 28731

Dear Madison,

I am very pleased to advise you that you have been selected to receive a nomination to the United States Naval Academy for the class entering in 2014. Your nomination will be submitted to the academy under the competitive method.

I appreciate having the opportunity to consider you for an academy nomination and am pleased that I am able to nominate you. You will be hearing from the United States Naval Academy once the nomination is officially filed and I urge you to act promptly on all matters concerning the admissions process. I wish you every success in your efforts to obtain an appointment to attend a United States service academy.

I would also like to invite you to a reception for all the 2014 Service Academy Nominees in the Eleventh District and their families. The reception will be held at 10 a.m. on Thursday December 19, 2013 at my District Office in Hendersonville. The address is 200 N. Main St., Hendersonville NC 28792. My office is on the ground floor of the new Henderson County Courthouse.

Please RSVP for the reception to my Constituent Services Representative, Deborah Potter, by e-mail at Deborah.potter@mail.house.gov or by phone at 828-693-5660. Again, my *sincere congratulations* on your nomination and I hope to see you and your family at the reception.

Sincerely,

Mark R. Meadows
Member of Congress

MRM:dp

EXHIBIT
BB
VO

Cawthorn-06349

Hey what are your plans for the summer?

Fri, Aug 11, 1:41 PM

Bro I wanna hear about what's going on with hailey??

I just heard you were deposed yesterday???

Yes I was! It went well I think

Hope it was not too intense. Sorry you got dragged back in man. Glad it went well.

Fri, Aug 11, 5:23 PM

It wasn't I just had to go over all of our old conversations. So what are you up to?



EXHIBIT

CC

Just distracting myself with old friends... pretty upset about losing

love her, so it's hard still.

Well I'd love t be a distraction. Yeah I'm sure dude that's never a fun thing especially when you get as far as you guys have

Agreed. So that's that. What are you up to man? Where are you now?

Fri, Aug 11, 7:41 PM

Hey man sorry I was driving. Things have been good just insanely busy. I'm at chapman university in orange California and I'm there now getting stuff ready for school. I'm living in a garage to save money so that's been pretty interesting but I worked really hard to clean it up and make it look decent but still fighting off black widows here and there haha

What are you up to? School wise and stuff, also I hop you had a great birthday last week!

can't believe you are in a garage! That's awesome.

I just got here to D.C.  Lots of drama with this whole broken engagement thing.

When will you back on this coast?

Fri, Aug 18, 2:30 AM

Yeah, I could imagine. I'm sorry you have to deal with all that, it definitely does not sound fun. And hopefully soon but realistically thanksgiving I think

Sat, Aug 26, 1:10 PM

Hey man, we've got our first scrimmage of the season today. Just thinking about you and the incredible desire you always have to win and not give up ever. You're my inspiration for everything I've done the past 3 years. You're drive for life and victory is inspiring and

know what to say.

Good luck today with your game. Arrive violently to the ball. Tell me how it goes please.

Sun, Sep 3, 11:50 PM

How was the game man?

Mon, Sep 4, 3:24 PM

It was alright, we scrimmaged a  Jc so there were some really great players and some not so good ones I played the whole first half and it went well but now I'm being moved to inside backer so I have to learn all of there blitzs and plays in one day and will also be a bit harder since I'm obviously just relying on athleticism and not football know how haha so we'll see how it goes

Inside is much easier brother. Don't be afraid to make the blitzes your own, if you see a better option just

players and some not so good ones
I played the whole first half and it
went well but now I'm being moved
to inside backer so I have to learn all
of there blitzs and plays in one day
and will also be a bit harder since
I'm obviously just relying on
athleticism and not football know
how haha so we'll see how it goes

Inside is much easier brother. Don't
be afraid to make the blitzes your
own, if you see a better option just
take it. If you make a sack you are a
hero. If you don't then they just say
'what was that?'

That's awesome man! Send me a
picture of you In pads man!

Delivered

Mon, Sep 4, 10:43 PM

Hey sorry I was at my friends house
and left my phone at home and I
hope you're right! It's gonna be a
challenge for sure and ok but I
don't really have a clear one