UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:16-CV-2240-Orl-28GJK

DAVID MADISON CAWTHORN,

    Plaintiff,
vs.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.
_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE *DAUBERT* RESPONSES**

The parties, Plaintiff David Madison Cawthorn and Defendant Auto-Owners Insurance Company, each filed a motion seeking to exclude or limit the testimony of certain expert witnesses on November 9, 2017, the Court's deadline for filing *Daubert* and *Markman* motions. *See* Dkt. 24, p. 1 (Case Management and Scheduling Order); Dkt. 67 (Plaintiff's *Daubert* Motion); Dkt. 76 (Motion by Defendant Auto Owners to Exclude Expert Testimony of Dan Doucette, Robert Tremp, and Frederick Raffa). The parties' respective responses are currently due on Friday, November 24, 2017 – the day after Thanksgiving, and a day for which the law offices of Plaintiff's counsel (Colson Hicks Eidson and Ver Ploeg & Lumpkin) are scheduled to be closed. In light of these office closures and the Thanksgiving holiday, the Plaintiff moves the Court to enlarge the deadline for the parties to file their respective responses to Dkt. 67 and Dkt. 76 from Friday, November 24, 2017, to Monday, November 27, 2017. This brief enlargement is sought in good faith and will not affect any other deadline. Furthermore, Plaintiff's counsel has conferred with counsel for Auto-Owners and is authorized to state that Auto-Owners does not oppose this mutual extension.

**Colson Hicks Eidson**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444

CASE NO.: 16-CV-2240

WHEREFORE, Plaintiff David Madison Cawthorn respectfully requests this Court to enter an order enlarging the time for the parties to respond to their respective *Daubert* motions (Dkt. 67 and Dkt. 76) from Friday, November 24, 2017, to Monday, November 27, 2017.

Dated this 15th day of November, 2017.

                                              Respectfully submitted,

                                              */s/ William A. Bonner*
ROBERTO MARTINEZ (**Trial Counsel**)
Florida Bar. No. 305596
bob@colson.com
WILLIAM A. BONNER (**Trial Counsel**)
Florida Bar No. 27508
abonner@colson.com
COLSON HICKS EIDSON
Attorneys for the Plaintiff
255 Alhambra Circle, Penthouse
Coral Gables, Florida  33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
E-mail: eservice@colson.com;
claudia@colson.com;

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, this 15th day of November, 2017, and a true and correct copy of the foregoing was also served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/ William A. Bonner*
WILLIAM. A. BONNER
Florida Bar No. 27508

2

**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444**